UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MANUEL VERA BETANCOURT, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | C.A. No. 04-11876-RCL |
| JOHN ASHCROFT, Attorney General for the Unites States, et al. | ) ) ) ) | |
| Respondents. | ) ) | |

**RESPONDENTS' RETURN AND MOTION TO DISMISS**

Respondents, John Ashcroft, the Attorney General for the United States, Steve Farquharson, the District Director of the Immigration and Naturalization Service ("INS"), and the INS, move to dismiss the Petition For Writ of Habeas Corpus. In support of this motion the Respondents submit the accompanying Return and Memorandum of Law in Support of their Motion to Dismiss.

                                                          Respectfully submitted,

                                                          MICHAEL J. SULLIVAN
                                                          United States Attorney

By:    /s/ Damian W. Wilmot
           DAMIAN W. WILMOT
           Assistant U.S. Attorney
           John Joseph Moakley Federal Courthouse
           One Courthouse Way, Suite 9200
           Boston, MA   02210
           (617) 748-3100

Dated: September 20, 2004

## CERTIFICATION UNDER L.R. 7.1

 Because Petitioner is a prisoner currently incarcerated in a federal correctional facility, counsel for the United States respectfully requests leave to file this Motion without a 7.1 conference.

               /s/ Damian W. Wilmot
               DAMIAN W. WILMOT
               Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

 I certify that on September 20, 2004, I caused a copy of the foregoing Motion to be served on Petitioner by first class mail, postage pre-paid to Manuel Vera Betancourt, #22-790-964, at Plymouth County Correctional Facility, ID No. 36779, Unit E3, Room 323, 26 Long Pond Road, Plymouth, MA 02360.

               /s/ Damian W. Wilmot
               DAMIAN W. WILMOT
               Assistant U.S. Attorney