UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL VERA BETANCOURT,        ) | |
|          Petitioner,        ) | |
|                         ) | |
|    v.        ) | C.A. No. 04-11876-RCL |
|                         ) | |
| JOHN ASHCROFT, et al.,        ) | |
|          Respondents.        ) | |

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

     By Order dated August 27, 2004, petitioner was granted thirty-five days to either pay the $5.00 filing fee or file an Application to Proceed Without Prepayment of Fees. See Docket No. 4.

     The Court's records indicate that petitioner paid the $5.00 filing fee on September 13, 2004. See Docket, Receipt No. 321 58593. At the same time, petitioner filed an Application to Proceed Without Prepayment of Fees. See Docket No. 5.

     Based upon the foregoing, it is hereby

     ORDERED, petitioner's Application to Proceed Without Prepayment of Fees (Docket No. 5) is DENIED AS MOOT.

SO ORDERED.

Dated at Boston, Massachusetts, this 18th day of October 2004.

                                                            /s/ Reginald C. Lindsay
                                                            REGINALD C. LINDSAY
                                                           UNITED STATES DISTRICT JUDGE