UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL VERA BETANCOURT, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JOHN ASHCROFT, Attorney General for )<br>the Unites States, et al. )<br>)<br>Respondents. )<br>) | C.A. No. 04-11876-RCL |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Respondents in the above-captioned matter respectfully direct the Court's attention to the United States Supreme Court's recent decision in <u>Clark v. Martinez</u>, 543 U.S. ___ (2005), which is pertinent to the Court's consideration of Respondents' Motion to Dismiss. In <u>Clark</u>, the Supreme Court held that the six-month presumptive detention period, prescribed in <u>Zadvydas v. Davis</u>, 533 U.S. 679 (2001), also applies to inadmissable aliens, like the Petitioner in the instant case, who the Department of Homeland Security has ordered removed. A copy of the decision is attached to this notice.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

By:    /s/ Damian W. Wilmot
        DAMIAN W. WILMOT
        Assistant U.S. Attorney
        John Joseph Moakley Federal Courthouse
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100

Dated: January 19, 2005

**CERTIFICATE OF SERVICE**

      I certify that on January 19, 2005, I caused a copy of the foregoing document to be served on Petitioner by first class mail, postage pre-paid to Manuel Vera Betancourt, #22-790-964, at Plymouth County Correctional Facility, ID No. 36779, Unit E3, Room 323, 26 Long Pond Road, Plymouth, MA 02360.

                                                   /s/ Damian W. Wilmot
                                                DAMIAN W. WILMOT
                                                Assistant U.S. Attorney