<u>ATTORNEY ASSIGNMENT REQUEST</u>
<u>TO MAGISTRATE JUDGE ALEXANDER</u>
<u>(FOR PETITION FOR WRIT OF HABEAS CORPUS)</u>

Case No.

Petitioner: Manuel Vera Betancourt    <u>C.A. 04-11876-RCL                    </u>

Date of Appointment: n/a    Appointed by: n/a

Attorney Withdrawn n/a    Date of Withdrawal<u>                    </u>

Reason for Withdrawal n/a

Number of Counts n/a

Charge(s) and Cite(s): n/a

Indictment: n/a          Information: n/a          Probation Revocation: n/a

Number of Defendants: n/a

Judge Code: 0128

Special Instructions: CASE REFERRED TO MAGISTRATE JUDGE FOR APPOINTMENT OF COUNSEL PURSUANT TO 18 U.S.C. 3006A (§2241 habeas petition)

<u>/s/ Lisa Hourihan</u>
Deputy Clerk

Dated: February 14, 2005

**SUBMIT A COPY FOR DOCKETING**