Mar-15-05   10:43am   From-                                         T-295   P.003/007   F-083



Office of Detention and Removal Operations
U.S. Department of Homeland Security
801 I Street, NW
Washington, DC 20536

**U.S. Immigration and Customs Enforcement**

Manuel BETANCOURT-Vera                                 A22 790 964
Plymouth County HOC
BOP # 05844-000
C/O ICE
Boston, MA

I ACKNOWLEDGE RECEIPT OF
THIS NOTICE x _____

**Release Notification**

(DATE)
MAR 15 2005

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____                         MAR 14 2005
Signature of HQPDU Director/Designated Representative    Date

(rev. 1/26/05)

**Decision of Post Order Custody Review – Release**
A22 790 964, Manuel BETANCOURT-Vera

Page 2

---

## PROOF OF SERVICE

(1) Personal Service (Officer to complete both (a) and (b) below.)

(a) I __TORRES, HECTOR M.___, __DO__,
     Name of ICE Officer                Title

certify that I served __VERA-Betancourt, Manuel A2270964__ with a copy of
                      Name of detainee

this document at __South Bay__ on __3/15/05__ at __1320 P.M__.
                  Institution            Date         Time

(b) I certify that I served the custodian _____,
                                           Name of Official

_____ at _____, on
Title                  Institution

_____ with a copy of this document.
Date

OR

(2) Service by certified mail, return receipt. (Attach copy of receipt)

I _____, _____, certify
    Name of ICE Officer              Title

that I served _____ and the custodian _____
              Name of detainee                          Name of Official

with a copy of this document by certified mail at _____ on _____.
                                                   Institution              Date

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

U.S. Department of Homeland Security
Immigration & Customs Enforcement

**Order of Supervision**

File No:
DATE: 03-15-2005

Name: BETANCOURT-VERA, Manuel A22790964

On __04-08-03__, you were ordered:
    (Date of final order)

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

[x] That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

[x] That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

[x] That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

[x] That you do not travel outside __Boston, MA__ for more than 48 hours without first
    (Specify geographic limits, if any)
having notified this Service office of the dates and places of such proposed travel.

[x] That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

[x] That you report in person on the __1st Business day of Each Month__ to this Service office at: __JFK Federal BLD RM 1775, GOV CTR__ unless you are granted written permission to report on another date. __BY 11:00 AM__.

[ ] That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

[ ] Other:

[ ] See attached sheet containing other specified conditions (Continue on separate sheet if required)

(Signature of INS official)

Timothy T. Stevens
(Print name and title of INS official)

**Alien's Acknowledgment of Conditions of Release under an Order of Supervision**

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ____ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

(Signature of INS official serving order)    X _Manuel Vera Betancourt_    MAR 15 2005
                                              (Signature of alien)           Date

Form I-220B (Rev. 4/1/97)N

S. Department of Homeland Security
migration & Customs Enforcement

**Order of Supervision-Addendum**

File No: ____
Date: 03-15-05

ame BETANCOURT-VERA, Manuel A22790964

[ ] That you do not associate with known gang members, criminal associates, or be associated with any such ctivity.

That you register in a substance abuse program within 14 days and provide the INS with written proof of ich within 30 days. The proof must include the name, address, duration, and objectives of the program as well s the name of a program counselor.

That you register in a sexual deviancy counseling program within 14 days and provide the INS with written roof of such within 30 days. You must provide the INS with the name of the program, the address of the rogram, duration and objectives of the program as well as the name of a counselor.

[X] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate gency(s) and provide the INS with written proof of such within 10 days.

[x] That you do not commit any crimes while on this Order of Supervision.

[x] That you report to any parole or probation officer as required within 5 business days and provide the INS vith written verification of the officers name, address, telephone number, and reporting requirements.

[x] That you continue to follow any prescribed doctors orders whether medical or psychological including aking prescribed medications.

[x] That you provide the INS with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[x] That you provide the INS with written responses from the Embassy or Consulate regarding your request.

[x] Any violation of the above conditions will may result in revocation of your employment authorization document.

[x] Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.

[X] Other.

I ACKNOWLEDGE RECEIPT OF
THIS NOTICE _[signature]_
(DATE) MAR 15 2005

Mar-15-05   10:44am   From-                        T-295   P.006/007   F-089

**U.S. Department of Homeland Security**
Immigration & Customs Enforcement

| | Continuation Page for Form: | I-220B |
|---|---|---|
| Alien's Name | File Number | Date |
| BETANCOURT-VERA, Manuel A22790964 | | 03-15-2005 |

X _[signature]_
Alien's Signature

Alien's Address
c/o Bob Bernice Ramos
20 Theatse Cdony In.
South Yarmouth, Ma. 02664
(508) 398-1165
Alien's Telephone Number (if any)

RIGHT INDEX PRINT

## PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
| | | |

Signature | Title