UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MANUEL VERA BETANCOURT**

**V.**                                                                 **CIVIL ACTION NO. 04-11876-RCL**

**JOHN ASHCROFT**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

    In accordance with the Notice of Release filed on August 10, 2005; it hereby ORDERED:

Petition is hereby dismissed as MOOT.

August 18, 2005                                                        /s/ Lisa M. Hourihan
                                                                                                   Deputy Clerk